UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2022
```

Sprint Solutions, Inc. et al.,

        Plaintiffs,

–v–

4 U Cell, LLC et al.,

        Defendants.

16-mc-191 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, Sitting by Designation:

    The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: April 20, 2022
       New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge
Sitting by Designation